granted, with ten dollars costs, unless appellants procure appellants' points to be filed so that the appeal can be argued on or before the 2d day of December, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MANHATTAN MORTGAGE COMPANY v. AUGUSTUS B. CARRINGTON and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE B. HARDIE and Others v. MANHATTAN MORTGAGE AND DEVELOPING CORPORATION and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DOCHTERMAN REALTY COMPANY and Others v. 141 FIFTH AVENUE REALTY CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS SLOBOTSKY.— Preference granted for November 6, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GASTON & Co., INC., v. FRED STERN, Impleaded, etc.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GASTON & Co., INC., v. FRED STERN, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GASTON & Co., INC., v. FRED STERN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIHU N. KLEINBAUM v. CLIFFORD L. MILLER, Impleaded, etc.— Motion granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before December 1, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIHU N. KLEINBAUM v. CLIFFORD L. MILLER, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before December 1, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PAUL LA CROIX, Respondent, v. DAIMLER MOTOREN GESELLSCHAFT, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of STEWART BROWNE, Appellant, for an Order Directing the DEPARTMENT OF ARCHITECTURE OF THE STATE OF NEW YORK, and the STATE COMMISSION OF HOUSING AND REGIONAL PLANNING, Respondent, to Permit an Examination of Certain Records.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RAYMOND GUEDE COGHLAN, Appellant, v. CHARLES FRANCIS JENKINS, Defendant, Impleaded with THE GRAPHOSCOPE COMPANY, Respondent.— Order modified so as to grant motion upon payment of taxable costs to date of motion and ten dollars motion costs, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.